555 A.2d 1059

**Allen Floyd MORRIS**

v.

**STATE of Maryland.**

**No. 11, Sept. Term, 1989.**

Court of Appeals of Maryland.

April 3, 1989.

Julia Doyle Bernhardt, Asst. Public Defender, Baltimore, for petitioner.

J. Joseph Curran, Jr., Atty. Gen., for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 3rd day of April, 1989.

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals of Maryland be, and it is hereby, vacated, and the case remanded to that court for reconsideration in light of *Warfield v. State*, 315 Md. 474, 554 A.2d 1238 (1989).